Motion GRANTED.
Sentencing RESET for 1/24/13 at 2:00 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00082 |
| | ) | Judge Trauger |
| CLANISHIA ALLEN | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Clanishia Allen**, by and through her undersigned counsel, and hereby moves this Honorable Court to continue to her Sentencing Hearing from November 20, 2012 to a date in January 2013. In support hereof, Defendant Allen states as follows:

1. Defendant Allen is slated for Sentencing on Tuesday, November 20, 2012 at 1:00 p.m.

2. Undersigned counsel has developed an irreconcilable scheduling conflict with the above setting and respectfully requests the Sentencing be continued. Because of a number of pressing deadlines and upcoming substantive hearings through the end of 2012, undersigned counsel respectfully requests that this matter be reset for a date in January 2013.

3. USA Sunny Koshy has authorized undersigned counsel to report that he has no objection to a continuance of Defendant Allen's sentencing until January 2013.

**WHEREFORE**, based on the foregoing, Defendant Allen respectfully requests that this Honorable Court continue her Sentencing Hearing from Tuesday, November 20, 2012 to a date in January 2013

1